UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Bernard Perez,

                                            Plaintiff,

                -against-

The City of New York, Police Officer Justin Delmonico,
Police Officer Samuel Carey, and Sergeant Gary Calhoun,

                                            Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15CV1375 (JBW) (MDG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
      *Aug. 20,* _____, 2015

| | |
|---|---|
| JOEL BERGER<br>*Attorney for Plaintiff*<br>360 Lexington Avenue, 16th Floor<br>New York, NY 10017<br>(212) 687-1425<br><br>By: _____<br>    Joel Berger<br>    *Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Delmonico, Carey, and Calhoun*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Jenny Weng<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015